IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

In re SOUTHWESTERN FURNITURE OF   )
WISCONSIN, LLC, EMPLOYMENT        )
LITIGATION                         )    No. 2:13-cv-00377-HRH
_____)

O R D E R

Settlement Approved; Case Dismissed

Plaintiff and defendants jointly move for approval of their settlement agreement and for an order dismissing plaintiff's claims.[1]

The court has reviewed the parties' joint motion, the declaration of David E. Bower, and the confidential settlement agreement and release of claims, which settlement agreement has been executed by plaintiff and defendants.

This case was certified by the court as a collective action under the Fair labor Standards Act. However, after due notice, plaintiffs Weiss and Medina were not joined by any further employees of defendants. Inasmuch as Weiss and Medina have each executed the settlement agreement, the court perceives no need or necessity of a hearing or further notice with respect to the settlement agreement.

Being familiar with this case from its inception, and based upon the parties' joint motion, declaration, and settlement agreement, the court makes the following findings.

1.   The settlement agreement and release have been negotiated by the parties with the representation of experienced counsel. The settlement agreement was the result of arm's length negotiations between the parties.

---

[1] Docket No. 172.

2. The settlement agreement and release is fair, reasonable, and adequate for purposes of the Fair Labor Standards Act.

3. A settlement is in the best interests of both plaintiff and the defendants, in light of the risks and expense associated with further litigation.

In consideration of the foregoing, IT IS ORDERED AND ADJUDGED that the settlement agreement and release agreed upon by the parties is hereby approved. Plaintiff's complaint is dismissed with prejudice, the parties to bear their respective costs and attorney fees except as expressly otherwise agreed by the parties.

The parties shall carry out the terms of the settlement agreement. The court retains jurisdiction of this case for purposes of enforcing the settlement agreement.

DATED at Anchorage, Alaska, this  25th   day of April, 2016.


/s/ H. Russel Holland
United States District Judge